# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-1981
Lower Tribunal No. 2022-DR-000560

_____

SUALI LUZ MENDEZ,

Appellant,

v.

DAVID JUAN MATA,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Christopher H. Brown, Judge.

July 10, 2026

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WOZNIAK, SMITH and BROWNLEE, JJ., concur.


Suali Luz Mendez, Naples, pro se.

David Juan Mata, Naples, pro se.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED